

FILED
3.27.2019
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

WAYNE BOWEN
  a/k/a "Warren Bowen"

CASE NO. 3:19-cr-46-J-32JRK
Ct. 1:  18 U.S.C. § 641
Ct. 2:  18 U.S.C. § 1028A
Ct. 3:  18 U.S.C. § 1001

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning no later than March 2014, and continuing through in or about February 2018, in the Middle District of Florida, and elsewhere, the defendant,

WAYNE BOWEN
a/k/a "Warren Bowen,"

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use, more than $1,000 of money and a thing of value of the United States, the U.S. Department of Veterans Affairs (VA), and U.S. Department of Housing and Urban Development (HUD), both departments and agencies of the United States, that is, HUD-VA Supportive Housing Program benefits and

VA healthcare services with intent to deprive the United States, the VA, and HUD of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. § 641.

### COUNT TWO

On or about October 29, 2014, in the Middle District of Florida, and elsewhere, the defendant,

WAYNE BOWEN
a/k/a "Warren Bowen,"

did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, specifically, W.B.'s name and social security number, during and in relation to a felony violation, specifically, theft of government property, in violation of 18 U.S.C. § 641, as charged in Count One of this Indictment, knowing that such means of identification belonged to an actual person.

In violation of 18 U.S.C. § 1028A(a)(1).

### COUNT THREE

On or about November 20, 2017, in the Middle District of Florida, the defendant,

WAYNE BOWEN
a/k/a "Warren Bowen,"

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation during a federal investigation of BOWEN's eligibility for veteran benefits, a matter within the jurisdiction of the executive branch of the government of the United States, by stating that he was a military veteran, having served previously in the U.S. Army, which statement and representation were false because, as BOWEN then and there knew, BOWEN was not a military veteran and had not served in the U.S. Army.

In violation of Title 18, United States Code, Section 1001.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third

party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

*Bennie L. Jackson Jr.*
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Michael J. Coolican
Assistant United States Attorney

By: _____
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
3/27/19 Revised

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

WAYNE BOWEN
a/k/a "Warren Bowen"

## INDICTMENT

Violations: 18 U.S.C. § 641, 18 U.S.C. § 1028A, & 18 U.S.C. § 1001

A true bill,

_____
Foreperson

Filed in open court this 27th day

of March, 2019.

_____
Clerk

Bail   $_____

GPO 863 525